IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN MICHAEL CREDICO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| STATE POLICE, ET AL. | : | NO. 09-691 |

## ORDER

**AND NOW**, this 27th day of January, 2010, upon consideration of the Motions to Dismiss filed by Delaware County and the Delaware County Park Police (Docket No. 7); the West Goshen Police Department (Docket No. 10); the County of Chester (Docket No. 12); the Commonwealth of Pennsylvania, West Chester University, and the Pennsylvania State Police (Docket No. 14); the George W. Hill Correctional Facility (Docket No. 18); and Dr. Arthur Boxer (Docket No. 20), **IT IS HEREBY ORDERED** as follows:

1. The Motions to Dismiss (Docket Nos. 7, 10, 12, 14, 18, and 20) are all **GRANTED**.
2. **JUDGMENT IS ENTERED** in favor of all Defendants.
3. The Clerk shall close this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.